UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 15-9847-DMG (AFMx)** | Date | April 5, 2016 |

Title   *Karen DePaepe v. Liberty Mutual Insurance Company, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

　　　　The Court, having received the proofs of services as to defendants Wells Fargo and Company and Wells Fargo and Company Group Disability Income Policy [Doc. ## 16, 17] and reviewed plaintiff's responses [Doc. ## 18, 19], hereby extends the Order to Show Cause deadline to **April 19, 2016.**  The Court orders plaintiff to show cause in writing why this action should not be dismissed as to defendants Wells Fargo and Company and Wells Fargo and Company Group Disability Income Policy for failure to move for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure.

　　　　No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.  This action will be dismissed as to defendants Wells Fargo and Company and Wells Fargo and Company Group Disability Income Policy if the above-mentioned document(s) are not filed by the date indicated above.